FILED

2013 JUN 11  PM 2: 06

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 13-____ **CR 13 00416** |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Receipt of Child Pornography; 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Distribution of Child Pornography; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |
| BRUCE KLICKSTEIN, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

Beginning on a date unknown and continuing to on or about August 12, 2012, in San Luis Obispo County, within the Central District of California, and elsewhere, defendant BRUCE KLICKSTEIN knowingly received, onto an Aspire PC tower computer, child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and, using any means and facility of interstate and foreign commerce, had been shipped and

transported in and affecting interstate and foreign commerce by any means, including by computer.

COUNT TWO

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about May 2, 2012, in San Luis Obispo County, within the Central District of California, and elsewhere, defendant BRUCE KLICKSTEIN knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and, using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

COUNT THREE

[18 U.S.C. §§ 2252A(a)(5)(b), (b)(2)]

On or about August 2, 2012, in San Luis Obispo County, within the Central District of California, and elsewhere, defendant BRUCE KLICKSTEIN knowingly possessed a CFI brand external hard drive, which contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, and, shipped and transported in and affecting interstate and foreign commerce by any means,

//

1  including by computer, knowing that the images were child

2  pornography.

3                                              A TRUE BILL

4

5                                              /s/

6                                              Foreperson

7

8  ANDRÉ BIROTTE JR.
   United States Attorney

9

10

11 ROBERT E. DUGDALE
   Assistant United States Attorney
   Chief, Criminal Division

12

13

14 ELIZABETH R. YANG
   Assistant United States Attorney
15 Chief, Violent and Organized Crime Section

16

17

18 JOEY L. BLANCH
   Assistant United States Attorney
   Deputy Chief, Violent and Organized Crime Section
19

20

21

22

23

24

25

26

27

28